**SO ORDERED.**

**SIGNED this 14 day of April, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISCTRICT OF TENNESSEE
### AT KNOXVILLE

| | |
|---|---|
| IN RE: | |
| SAMUEL RAY HALL and | CASE NO. 10-31343 |
| MARJORIE JACLYN HALL, | CHAPTER 13 |
| Debtors. | |

### ORDER MODIFYING AUTOMATIC STAY

Upon motion of Mountain National Bank to modify the automatic stay of 11 U.S.C. § 362; after notice and hearing; and for cause shown; it is hereby ORDERED that the automatic stay of 11 U.S.C. § 362 is modified for the benefit of Mountain National Bank in order to permit the Bank to foreclose its deeds of trust as outlined in the Bank's motion in accordance with the terms of the deeds of trust and applicable law. It is further ORDERED that the 14-day stay of Bankruptcy Rule 4001(a)(3) shall be inapplicable to this Order.

# # #

Prepared By:

/s/Thomas H. Dickenson
THOMAS H. DICKENSON
Attorney for Mountain National Bank
**HODGES, DOUGHTY & CARSON**
P.O. Box 869
Knoxville, TN 37902-0869
(865) 292-2307
State Bar # 006844


Copies were sent to:

Robert R. Rexrode (ECF)
601 Concord Street, S.W.
Suite 106
Knoxville, TN 37919

Gwendolyn M. Kerney (ECF)
P. O. Box 228
Knoxville, TN 37901-0228

Samuel and Marjorie Hall (USM)
P. O. Box 7
Kodak, TN 37764

Q:\Sharon\Mountain National\Halls & Allen, LLC\Bankruptcy\Order-Mod Auto Stay.doc